DAN RAYFIELD
Attorney General
EDWARD 'JAKE' MILLER  #232113
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  jake.miller@doj.oregon.gov

Attorneys for Defendants' Patrick Maney, Oregon Department of Corrections, TLC Committee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| LADON STEPHENS, | Case No.  2:25-cv-01762-AN |
| Plaintiff, | DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |
| v. | |
| STATE OF OREGON, by and through The Oregon Department of Corrections; WARREN ROBERTS, PATRICK MANEY, TLC COMITTEE BOARD, | |
| Defendants. | |

**CERTIFICATE OF CONFERRAL**

Pursuant to L.R. 7-1(a)(1)(C), counsel for defendants certifies that Plaintiff is an adult in

the custody of the Oregon Department of Corrections ("ODOC") and is not represented by

counsel.

**MOTION**

Defendants State of Oregon, by and through the Oregon Department of Corrections

(ODOC) and TLC Committee Board move the Court for an order dismissing plaintiff's claims

Page 1 -    DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

against them with prejudice pursuant to Federal Rule of Civil Procedure 12(c), because the claims are barred by the Eleventh Amendment Immunity.

Plaintiff Ladon Stephens is an adult in custody of ODOC. He brings suit pursuant to U.S.C. § 1983, alleging violations of his rights under the Eighth Amendment and Medical Negligence. (Complaint, Dkt. #1). Plaintiff named the State of Oregon and the TLC Committee Board. *Id.* Defendants ODOC and ODOC TLC Committee filed their answer, asserting affirmative defenses and reserving additional defenses. (Answer, Dkt. #32).

## MEMORANDUM OF LAW

### I.   **Summary of the Pleadings.**

Plaintiff alleges his medical treatment was insufficient by ODOC staff in violation of his constitutional rights. (Compl., Dkt. #1)

For the purposes of this motion only, Defendants State of Oregon, ODOC, and TLC Committee Board takes plaintiff's allegations as true.

### II.   **Applicable Legal Standard.**

Under Federal Rule of Civil Procedure 12(c), "[a]fter the pleadings are closed – but early enough not to delay trial – a party may move for judgment on the pleadings." Fed. R. Civ. P. 12(c). "A judgment on the pleadings is properly granted when, taking all the allegations in the pleadings as true, [a] party is entitled to judgment as a matter of law." *Dunlap v. Credit Prot. Ass'n, L.P.,* 419 F.3d 1011, 102 n.1 (9th Cir. 2005); *see also Dworkin v. Hustler Magazine, Inc.,* 867 F.2d 1188, 1192 (9th Cir.1989) (noting that pre-answer dismissal for failure to state a claim under Rule 12(b)(6) is "functionally identical" to a post-answer dismissal under Rule 12(c)).

### III.   **Legal Argument.**

Defendants State of Oregon, ODOC, and TLC Committee have Eleventh Amendment Immunity and should therefore be dismissed as a defendants in this case. The ODOC TLC

Page 2 -   DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS
JM9/sv3/1021463197

Committee is an entity entirely within ODOC, an Oregon state agency. Under the Eleventh Amendment to the U.S. Constitution, federal courts may not entertain a lawsuit brought by a citizen against a state, its agencies, or departments without the state's consent. *Seminole Tribe of Florida v. Florida,* 517 U.S. 44, 54 (1996); *Pennhurst State School & Hosp. v. Halderman,* 465 U.S. 89, 100 (1984). That is true for § 1983 claims as well. *See Braunstein v. Arizona Dept. of Transp.,* 683 F.3d 1177, 1188 (9th Cir. 2012) (recognizing that the Supreme Court has held that "§ 1983 does not abrogate state sovereign immunity"). The ODOC TLC Committee, as entities within ODOC and the State of Oregon, are not proper defendants in this case. Plaintiff remains free to attempt to join any individual members of ODOC's TRCI Health Services or TLC Committee, should any become known to Plaintiff, through the normal course of investigation and discovery. Furthermore, in this case, the State has not waived its Eleventh Amendment immunity rights, and therefore plaintiff's claims against ODOC entities fail as a matter of law.

## CONCLUSION

For the foregoing reasons, Defendants State of Oregon, ODOC, and ODOC TLC Committee respectfully requests that the Court enter judgment on the pleadings in its favor by dismissing Defendants State of Oregon, Defendant ODOC, and Defendant TLC Committee, with prejudice.

DATED June  11 , 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Edward 'Jake' Miller*
EDWARD 'JAKE' MILLER #232113
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
jake.miller@doj.oregon.gov
Of Attorneys for State Defendants

Page 3 -    DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS
JM9/sv3/1021463197

**CERTIFICATE OF SERVICE**

I certify that on June  11 , 2026, I served the foregoing DEFENDANTS' MOTION FOR

JUDGMENT ON THE PLEADINGS upon the parties hereto by the method indicated below, and

addressed to the following:

| | |
|---|---|
| **Ladon Stephens** | ___ HAND DELIVERY |
| **SID #8038143** | ___ MAIL DELIVERY |
| **Two Rivers Correctional Institution** | ___ OVERNIGHT MAIL |
| 82911 Beach Access Rd | ___ TELECOPY (FAX) |
| Umatilla, OR 97882 | ___ E-MAIL |
| *Pro Se Plaintiff* | _X_ **E-SERVED PURSUANT TO** |
| | **TRCI STANDING ORDER NO. 2019-12** |

| | |
|---|---|
| **Jeanne F. Loftis** | ___ HAND DELIVERY |
| **Clarens J. Emrich** | ___ MAIL DELIVERY |
| **Baker Sterchi Cowden & Rice, LLC** | ___ OVERNIGHT MAIL |
| 2100 Westlake Ave N., Ste 206 | ___ TELECOPY (FAX) |
| Seattle, WA 98109 | _X_ E-MAIL |
| *Of Attorneys for Defendant Roberts* | *Jeanne.Loftis@bakersterchi.com;* |
| | *clarens.emrich@bakersterchi.com* |
| | _X_ E-SERVED |

     *s/ Edward 'Jake' Miller*
EDWARD 'JAKE' MILLER #232113
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
jake.miller@doj.oregon.gov
Of Attorneys for Defendant

Page 1 -   CERTIFICATE OF SERVICE
JM9/da5/1014315677